IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA : CASE NO. 3:11CR159

v. :

CHARLES K. MOORE, ET AL., : ORDER UNSEALING INDICTMENT

- - - - - - - - - -

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by the order of this Court on October 25, 2011, be unsealed by the Clerk of Courts.

DATE: 11.7.11

WALTER HERBERT RICE
Judge U.S. District Court