# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,             :

        Plaintiff(s),             :       Case No. 3:11-cr-159(1)

- vs -

CHARLES K. MOORE
                           :

        Defendant(s).
                           :

## ORDER

It is hereby ORDERED that Mark Keller, Attorney At Law is to be allowed to meet with the above mentioned defendant at the Montgomery County Jail.

IT IS SO ORDERED.

November 15, 2011

                                              WALTER HERBERT RICE
                                              UNITED STATES DISTRICT JUDGE